# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alberto Vazquez aka Alberto Vasquez<br>Debtor(s) | BK NO. 18-00138 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                        Respectfully submitted,

                                  **/s/ James C. Warmbrodt, Esquire**
                                  James C. Warmbrodt, Esquire
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  412-430-3594