```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00138-RNO
Alberto Vazquez                                                     Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: TWilson            Page 1 of 1           Date Rcvd: Mar 08, 2018
                               Form ID: ntcnfhrg        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
```
db          +Alberto Vazquez,    3419 Primrose Terrace,    Tobyhanna, PA 18466-3061
5011803     +Actors FCU Visa,    PO Box 31279,    Tampa, FL 33631-3279
5011804     +Anes Spec Bethlehem PC,    PO Box 500,    Souderton, PA 18964-0500
5011805    #+Georgina Vazquez,    1830 Patterson Ave.,    Bronx, NY 10473-3018
5011807     +Jennie C. Tsai, Esquire,    Phelan Hallinan,    1617 JFK Blvd. Suite 1400,
               Philadelphia, Pennsylvania 19103-1814
5011808     +Lehigh Valley Health Network,    PO Box 781733,    Philadelphia, PA 19178-1733
5011810     +St. Luke's Hospital Monroe,    Lockbox #8187,    PO Box 8500,    Philadelphia, PA 19178-8500
5011811     +St. Luke's Physician Group Bethlehem,    PO Box #4096,    PO Box 8500,
               Philadelphia, PA 19178-8500
5019213     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5011812     +Trans America Premier,    100 Light Street, Floor B1,    Baltimore, MD 21202-2559
5011813     +Wells Fargo Bank,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
5031935      Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,
               Eagan, MN 55121-7700
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5011806     +E-mail/Text: cio.bncmail@irs.gov Mar 08 2018 19:10:42     Internal Revenue Service,
               PO Box 804527,    Cincinnati, OH 45280-4527
5011809     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2018 19:10:59     PA Dept. of Revenue,
               Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
5012222     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2018 19:12:25
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5014762      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2018 19:10:59
               Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
               Harrisburg PA 17128-0946
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Philip W. Stock    on behalf of Debtor 1 Alberto  Vazquez pwstock@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Alberto Vazquez
aka Alberto Vasquez
Debtor(s)

Chapter 13

Case No. 5:18−bk−00138−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 25, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 2, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 8, 2018 |