```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00138-RNO
Alberto Vazquez                                                     Chapter 13
        Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: TWilson            Page 1 of 1              Date Rcvd: May 30, 2018
                             Form ID: pdf010          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db             +Alberto Vazquez,    3419 Primrose Terrace,    Tobyhanna, PA 18466-3061
               +Michael R. Groff, President and CEO,    Toyota Motor Credit Corporation,
                 19001 South Western Avenue,    Torrance, CA 90501-1196
               +Natalie E. Lea, Authorized Agent,    Bonial & Associates, P.C.,   P.O. Box 9013,
                 Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Philip W. Stock    on behalf of Debtor 1 Alberto  Vazquez pwstock@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Alberto Vazquez, | | |
|     Debtor | : | Case No. 18-bk-00138-RNO |
| | : | |
| Alberto Vazquez, | | |
|     Objector | : | Objection to Proof of Claim No. 2 |
| v. | : | |
| Toyota Motor Credit Corporation, | : | |
|     Claimant | | |
| | : | |

**ORDER**

Upon consideration of the Objection to Proof of Claim No. 2 and the facts in this case, it is hereby ORDERED and DECREED that Debtor's Objection to Proof of Claim No. 2, regarding the claim of Toyota Motor Credit Corporation, is hereby **SUSTAINED**. Consequently, the correct amount necessary to cure any default as of the date of the Petition, is zero.

Dated: May 30, 2018

By the Court,

*/s/ Robert N. Opel, II*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)