```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00138-RNO
Alberto Vazquez                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: PRadginsk      Page 1 of 1       Date Rcvd: Nov 05, 2019
                          Form ID: pdf010      Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
            ##+Georgina Vazquez,   3419 Primrose Terr,   Tobyhanna, PA 18466-3061
                                                                           TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    WELLS FARGO BANK, NA pamb@fedphe.com
              Philip W. Stock    on behalf of Debtor 1 Alberto  Vazquez pwstock@ptd.net
              Thomas   Song    on behalf of Creditor    Wells Fargo Bank NA pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                     TOTAL: 6

IN RE:
Alberto Vazquez
aka Alberto Vasquez

BK. No. 5:18-bk-00138-RNO

Debtors

Chapter No. 13

WELLS FARGO BANK, NA

Movant

v.

Alberto Vazquez
aka Alberto Vasquez
Georgina Vazquez (Non-Filing Co-Debtor)

Respondents

11 U.S.C. §362 AND §1301

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY WITH RESPECT TO 3419 PRIMROSE TERR, TOBYHANNA, PA 18466 AKA 3419 PRIMROSE TER TOBYHANNA PA 18466-3061 AKA 3419 PRIMROSE TERRACE TOBYHANNA PA 18466**

Upon consideration of Motion of **WELLS FARGO BANK, NA** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 3419 PRIMROSE TERR, TOBYHANNA, PA 18466 AKA 3419 PRIMROSE TER TOBYHANNA PA 18466-3061 AKA 3419 PRIMROSE TERRACE TOBYHANNA PA 18466 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted.

Dated: November 5, 2019

By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)