**PHILIP W. STOCK**
ATTORNEY AT LAW
706 MONROE STREET
STROUDSBURG, PENNSYLVANIA 18360
**(570) 420-0500**

April 30, 2021

Clerk of Courts
U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 S. Main Street
Wilkes-Barre, PA 18701

        Re: Alberto Vazquez
           Chapter 13
           Case No. 18-bk-00138-HWV

Dear Clerk:

  In the above-referenced case, Debtor's address, at the time of the filing of his bankruptcy, was as follows:

**3419 Primrose Terrace**
**Tobyhanna, PA 18466**

Debtor's new address is as follows:

**1111 Heritage Blvd.**
**Stroudsburg, PA 18360**

Kindly update this address, accordingly.

          Thank you,

          /s/Philip W. Stock
          Philip W. Stock
          Attorney for Debtor

PWS/ds